## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Baldeo v. Airbnb, Inc.　　　　　　　　　　Docket No.: 24-1238

Lead Counsel of Record (name/firm) or Pro se Party (name): Kannon K. Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Appearance for (party/designation): Airbnb, Inc. / Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.　See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.　The following parties do not wish to participate in this appeal:
　　Parties: _____
( ) Incorrect.　Please change the following parties' designations:
　　Party　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.　As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Kannon K. Shanmugam
Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 2001 K Street NW, Washington DC 20006-1047
Telephone: 202-223-7300　　　　　　　　　Fax: 202-223-7420
Email: kshanmugam@paulweiss.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.　The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.　The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on November 11, 2022　　OR that ( ) I applied for admission on _____ or renewal on _____.　If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Kannon K. Shanmugam
Type or Print Name: Kannon K. Shanmugam
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.